1
2
3
4
5
6
7
8
9          UNITED STATES OF AMERICA

10          NORTHERN DISTRICT OF CALIFORNIA

11          SAN FRANCISCO DIVISION

12
UNITED STATES OF AMERICA,                    )          CASE NO.: CR 18-0097 MMC
13                                           )
           Plaintiff,                        )          [PROPOSED] PRELIMINARY ORDER OF
14                                           )          FORFEITURE
     v.                                      )
15                                           )
                                             )
16   JOEY WONG HERNANDEZ,                     )
                                             )
17         Defendant.                        )
                                             )
18   _____)

19          Having considered the application for a preliminary order of forfeiture filed by the United States,

20   and the plea agreement entered on November 15, 2018, wherein the defendant Joey Wong Hernandez

21   agreed to forfeiture, and good cause appearing,

22          IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant

23   to Title 18, United States Code, Section 2253, and the procedures outlined in Rule 32.2 of the Federal

24   Rules of Criminal Procedure and Title 21, United States Code, Section 853:

25          • One (1) Envy Laptop bearing serial number 6CG3374NX2;

26          • One (1) Seagate Hard Drive bearing serial number 5LS59C79;

27          • Two (2) Transcend Hard Drives bearing serial number D269881875 and C378480232;

28          • One (1) SanDisk SD card;

- One (1) iPhone 7 bearing serial number F2LSRCAZHFYK; and

- One (1) iPhone 6+ bearing serial number DX3R50BWG510

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

~~IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and~~

IT IS FURTHER ORDERED that, this Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(4) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this _17th_ day of ___April___ 2019.

HON. MAXINE M. CHESNEY
United States District Judge