UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** April 24, 2019     **Time:** 4:09 – 5:38     **Judge:** MAXINE M. CHESNEY
= 1 hour 29 minutes

**Case No.:** [18-cr-00097-MMC-1](#)    **Case Name:** UNITED STATES v. Joey Wong Hernandez (in custody)

**Attorney for Plaintiff:** Sailaja Paidipaty
**Attorney for Defendant:** Jodi Linker

**Deputy Clerk:** Tracy Geiger     **Court Reporter:** Ana Dub
**Interpreter:** N/A     **Probation Officer:** Karen Mar

## PROCEEDINGS

**Sentencing – held.**

**Government's Motion to Seal Document (Docket No. 35) – Granted in part / Denied in part**
(Court to issue order)

**Sentence imposed:** 180 months in custody as to Counts 3 and 7, to be served concurrently; Ten years supervised release, as to Counts 3 and 7, to be served concurrently; Restitution - $750; Special Assessment - $200; See judgment for all additional conditions.

**Government's motion to dismiss Counts 1,2,4,5, and 6 of Indictment – Granted.**