IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOEY WONG HERNANDEZ,<br>Defendant. | Case No. 18-cr-00097-MMC-1<br><br>**ORDER GRANTING IN PART AND DENYING IN PART UNITED STATES' ADMINISTRATIVE MOTION TO FILE EXHIBIT UNDER SEAL**<br>Re: Dkt. No. 35 |

Before the Court is the Government's "Administrative Motion to File Exhibit Under Seal," filed April 18, 2019, whereby the Government seeks to file under seal Exhibit A to the Declaration of Sailaja M. Paidipaty ("Exhibit A"). No response has been filed.

Having read and considered the motion, the Court rules as follows:

1. To the extent the Government seeks to file the entirety of Exhibit A under seal, the motion is hereby DENIED, for the reason that the alleged victims' personal information has already been redacted.

2. To the extent the Government seeks to file under seal the defendant's personal information contained in Exhibit A, the motion is hereby GRANTED and the Government is hereby ORDERED to file in the public record, no later than May 2, 2019, a revised version of said Exhibit, in which defendant's personal information has been redacted. See Crim. L.R. 56-1(d)(3).

**IT IS SO ORDERED.**

Dated: April 25, 2019

MAXINE M. CHESNEY
United States District Judge