UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 18-0097 MMC |
| Plaintiff, | [PROPOSED] FINAL ORDER OF FORFEITURE |
| v. | |
| JOEY WONG HERNANDEZ, | |
| Defendant. | |

On April 17, 2019, this Court entered a Preliminary Order of Forfeiture forfeiting the following property as to Joey Wong Hernandez, pursuant to Title 18, United States Code, Section 2253 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853:

- One (1) Envy Laptop bearing serial number 6CG3374NX2;
- One (1) Seagate Hard Drive bearing serial number 5LS59C79;
- Two (2) Transcend Hard Drives bearing serial number D269881875 and C378480232;
- One (1) SanDisk SD card;
- One (1) iPhone 7 bearing serial number F2LSRCAZHFYK; and
- One (1) iPhone 6+ bearing serial number DX3R50BWG510

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 18-0097 MMC                     1

1    The United States represents that it has complied with the publication notice requirements of the

2    Preliminary Order and that no petitions claiming the property have been filed.

3    **THEREFORE, IT IS HEREBY ORDERED** that the above-described property shall be

4    forfeited to the United States pursuant Title 18, United States Code, Section 2253 and the procedures

5    outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code,

6    Section 853, and that all rights, title, and interest in the property is vested in the United States of

7    America. The appropriate federal agency shall dispose of the forfeited property according to law.

9    IT IS SO ORDERED this __15__ day of __July_____ 2019.

_____
HON. MAXINE M. CHESNEY
United States District Judge

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 18-0097 MMC                                        2